MARY ANN McNETT MASON (SBN 115089)
County Counsel
D. CAMERON BAKER (SBN 154432)
SEAN M. RODRIQUEZ (SBN 286668)
Deputies County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone:   (925) 655-2280
Facsimile:    (925) 655-2266
Electronic Mail: sean.rodriquez@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA, DWIGHT CHILDS, and
TIFFANY YARNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D., individually and as successor-in-interest by Decedent, MARIA BARRAZA, by and through his Guardian ad Litem, PATRICIA BARRAZA;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.<br><br>Defendants. | No. C20-03014 SK<br><br>REQUEST FOR TELEPHONIC CONFERENCE FOR DISCOVERY MEET AND CONFER, OR FOR ORDER COMPELLING PLAINTIFF TO RESPOND TO PENDING DISCOVERY REQUESTS<br><br>Crtrm: C, 15th Floor<br>Judge: Hon. Sallie Kim, Presiding<br>Date Action Filed: May 1, 2020<br>Trial Date: June 21, 2022 |

TO PLAINTIFF E.D. AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant County of Contra Costa will and hereby does request that the Court schedule a telephonic meet and confer to address Plaintiff's failure to respond to the County's outstanding discovery requests or, in the alternative, issue an order directing Plaintiff to provide his responses within two weeks (June 22, 2021) pursuant to the Court's Standing Order for Civil Discovery, Standing Order Pages 3-4.

## I.   INTRODUCTION

Plaintiff has not responded to written discovery that the County served on him two months ago.  The County has made requests to his counsel Stanley Goff via email and voicemail, but Mr. Goff has not responded to any of the requests to date.  The County therefore respectfully requests that the Court schedule a telephonic meet and confer or, in the alternative, direct Plaintiff to provide his discovery responses by June 22, 2021.

## II.   ARGUMENT

On April 8, 2021, Defendant County of Contra Costa served Plaintiff with written discovery, including special interrogatories and a request for production of documents. (Declaration of Sean M. Rodriquez, Ex. A.)  To date, two months later, Plaintiff has not responded to these requests.  (Rodriquez Decl., ¶ 2.)

On June 1, 2021, counsel for the County sent an email to Mr. Goff requesting that Plaintiff provide his responses by June 3, 2021, no later than noon.  (Rodriquez Decl., ¶ 3; Ex. B.)  Mr. Goff did not respond to that email.  On June 4, 2021, counsel left a voicemail with Mr. Goff again requesting that Plaintiff provide his outstanding discovery responses and stating that the County would initiate the process for obtaining a motion to compel if Plaintiff did not respond.  (Rodriquez Decl., ¶ 4.)  To date, the County has received no response from Plaintiff.  (*Id.*)

## III.   CONCLUSION

The County served its discovery on Plaintiff two months ago, and Plaintiff has not responded.  The County therefore respectfully requests that the Court schedule a telephonic meet and confer or, in the alternative, direct Plaintiff to respond to the County's pending discovery requests by June 22, 2021.

//

//

//

//

//

DATED: June 8, 2021            MARY ANN McNETT MASON
                               COUNTY COUNSEL

                               By:   */s/ Sean M. Rodriquez*
                                     SEAN M. RODRIQUEZ
                                     Deputy County Counsel
                                     Attorneys for Defendants
                                     COUNTY OF CONTRA COSTA,
                                     DWIGHT CHILDS, and TIFFANY YARNELL,