1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    E.D.,                                     Case No.  20-cv-03014-SK

8              Plaintiff,
                                               **ORDER TO SHOW CAUSE**
9         v.

10   DWIGHT CHILDS, et al.,

11             Defendants.

12        The deadline for the parties to file a stipulation of dismissal or status report was April 14,

13   2025.  Despite receiving a reminder on April 15, 2025, the parties have not filed anything on the

14   docket.  Counsel for both parties are HEREBY ORDERED to show cause in writing no later than

15   May 1, 2025, why this Court should not impose sanctions of $200 for each attorney for failure to

16   comply with this Court's deadlines.  The parties SHALL file the overdue stipulation of dismissal

17   or status report as soon as possible, and no later than May 1, 2025.

18        **IT IS SO ORDERED**.

19   Dated: April 24, 2025

20   _____

21   SALLIE KIM
     United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California